SLIP OP. 02-127

# UNITED STATES COURT OF INTERNATIONAL TRADE
## BEFORE: HON. GREGORY W. CARMAN, CHIEF JUDGE

| | |
|---|---|
| FORD MOTOR COMPANY,<br><br>                           Plaintiff,<br><br>       v.<br><br>UNITED STATES,<br><br><br>                          Defendant. | Court No. 92-03-00164 |

## ORDER

On April 12, 2002, the United States Court of Appeals for the Federal Circuit reversed this Court's August 21, 2000 decision in the captioned case and remanded the case to this Court for entry of judgment in favor of Plaintiff, Ford Motor Company. See Ford Motor Co. v. United States, 286 F.3d 1335 (Fed. Cir. 2002). On August 7, 2002, the Federal Circuit denied the government's Petition for Rehearing and Suggestion for Rehearing En Banc. On August 14, 2002, the Federal Circuit issued its mandate ordering that the case is reversed and remanded.

In consideration thereof, it is hereby

ORDERED that Judgment be, and hereby is, entered in favor of Plaintiff, Ford Motor Company; and it is further

ORDERED that the entries covered by this action, listed in Annex A hereto, be deemed liquidated by operation of law "as entered," under 19 U.S.C. § 1504(a) (1982); and it is further

ORDERED that Customs reliquidate the entries covered by this action in accordance with this Order and refund to Ford Motor Company the excess duties assessed together with interest from the date of deposit of estimated duties to the date of reliquidation, pursuant to 19 U.S.C. § 1505(c).

SO ORDERED.

_____
Gregory W. Carman, Chief Judge

Dated: *October 18, 2002*
New York, New York

## ANNEX A

| Entry Number | Entry Date |
|---|---|
| 86-100089-6 | 12/30/1985 |
| 86-100084-1 | 01/02/1986 |
| 86-100085-4 | 01/03/1986 |
| 86-100086-7 | 01/07/1986 |
| 86-100087-0 | 01/10/1986 |
| 86-100088-3 | 01/13/1986 |
| 86-100090-6 | 01/09/1986 |
| 86-100091-9 | 01/17/1986 |
| 86-100092-2 | 01/24/1986 |
| 86-100093-5 | 01/31/1986 |
| 86-100127-7 | 02/07/1986 |